ELLIOT ENOKI
United States Attorney
District of Hawaii

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. _____ HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. §§ 1343, 1028] |
| | ) | |
| FAANATI S. FAILAUGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

Background

1.   From 1997 until October 2001, FAANATI S. FAILAUGA, was employed by Panda Travel as a ticket agent.  As a ticket agent, she had access to an ARC access code which was owned by Panda Travel.  This access code allowed the user to reserve airline flights and to purchase tickets.

2.   Panda Travel required that its ticket agents fill out a reservation card when the flight reservation is made and to make sure that payment is made prior to issuing the ticket.

3.    Use of the ARC system involves transmitting data interstate.

## The Scheme to Defraud

4.    From an unknown date, but at least as early as May 2000 through September 2001, the Defendant, FAANATI S. FAILAUGA, in the District of Hawaii and elsewhere, devised a scheme and artifice devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises as more fully set forth below. false and fraudulent pretenses, representations and promises.

5.    It was part of the scheme to defraud that the Defendant would make flight reservation and issue tickets by using Panda Travel's ARC code without filling out a reservation card or ensuring that Panda Travel received payment.  In some instances, the Defendant personally collected payment which she did not remit to Panda Travel.

## Execution of the Scheme to Defraud

6.    For the purpose of executing the scheme and artifice to defraud and for obtaining money by false and fraudulent pretenses, representations and promises, in the District of Hawaii, the Defendant, FAANATI S. FAILAUGA, did transmit and cause transmissions by wire in interstate commerce the following items on the following dates:

2

| Count | Date | Description |
|---|---|---|
| 1 | May 6, 2000 | Purchase of Tickets No. 7787948957 and 7787948958 for $4,289.60 |
| 2 | July 1, 2000 | Purchase of Tickets No. 7103058344 and 7103058345 for $4,989.40 |
| 3 | April 26, 2001 | Purchase of Tickets No. 7179586220,7179586221,7179586222 and 7179586223 for $5,324.80 |
| 4 | May 8, 2001 | Purchase of Tickets No. 7182850455, through 7182850459 for $3,284 |
| 5 | May 11, 2001 | Purchase of Tickets No. 7183693860 through 7183693873 for $7,862.40 |
| 6 | May 24, 2001 | Purchase of Tickets No. 7186865801 through 7186865820 for $16,732 |
| 7 | August 1, 2001 | Purchase of Tickets No.7045188983, 7045188984, 7045188991,and 7045188992 for $1,515.00 |
| 8 | August 20, 2001 | Purchase of Tickets No. 7045943388, 7045943389, and 7045943395 through 7045943398 $7,986.16 |

## Count 9

The Grand Jury further charges.

7.    Paragraphs 1 through 5 are incorporated by reference.

8.    From in or around May 2000 to October 2001, the Defendant, FAANATI S. FAILAUGA, in the District of Hawaii and elsewhere, did knowingly and with the intent to defraud, effected transactions with an access device, that is an ARC account number, issued to Panda Travel to receive payments and other things of value and received an aggregate value in excess of $1,000 in a one-year period.

All in violation of Title 18, United States Code, Section 1028(a)(5).

DATED: _____11/7/01_____, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
OMER G. POIRIER
Assistant U.S. Attorney

4