PROB 34
(1/92)

ORIGINAL Report and Order Terminating Probation/Supervised Release

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                          Criminal No. CR 01-00448HG-01

FAANATI S. FAILAUGA

It appearing that the period of supervised release expired on 7/21/2006, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*(signature)*

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 21st day of July, 2006.

*(signature)*

HELEN GILLMOR
Chief U.S. District Judge