EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U. S. Attorney
Att:  Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850
Telephone: (808) 541-2850
Fax:       (808) 541-3752
Email: edric.ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     v.                           )<br>                                  )<br>FAANATI S. FAILAUGA,              )<br>                                  )<br>                                  )<br>          Defendant.              )<br>_____)<br>                                  )<br>SSC COMMUNICATIONS, INC.,         )<br>                                  )<br>                                  )<br>                                  )<br>          Garnishee.              )<br>_____)  | Cr. No. 01-00448-001<br><br>APPLICATION FOR WRIT OF<br>CONTINUING GARNISHMENT |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of

Garnishment upon the judgment in a criminal case entered against the Defendant-Judgment Debtor FAANATI S. FAILAUGA, social security number XXX-XX-2733, whose last known address is: 91-866 Hahanui Street, Ewa Beach, Hawaii 96706-2831 (hereinafter referred to as "Debtor") in the above cited action in the amount of $281,296.53.

There is a balance of $289,644.43 (principal $268,597.53 plus interest and penalty $21,046.90)that is due and owing as of April 11, 2007.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before April 11, 2007 and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

//
//
//
//
//
//
//

The name and address of the Garnishee or his authorized agent is:

    SSC COMMUNICATIONS, INC.
    19th Floor
    1001 Bishop Street
    Honolulu, Hawaii 96813

DATED: <u>May 31, 2007</u> at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    /s/ Edric M. Ching

    By_____
      EDRIC M. CHING
      Assistant U.S. Attorney

    Attorneys for the Plaintiff