Your Name: _____
Address:   _____
           _____
Phone:     _____

Defendant-Debtor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 01-00448-001 |
| | ) | |
| Plaintiff, | ) | REQUEST FOR HEARING FORM |
| | ) | |
| v. | ) | |
| | ) | |
| FAANATI S. FAILAUGA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| SSC COMMUNICATIONS, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |

REQUEST FOR HEARING FORM

[  ] I request that the Court hold a hearing in this
     matter.

[  ] I think that the property the Government is taking
     is exempt. See the attached CLAIM FOR EXEMPTION
     FORM.

Dated: _____     Signature: _____