IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FAANATI S. FAILAUGA,<br><br>          Defendant.<br>_____<br><br>SSC COMMUNICATIONS, INC.,<br><br><br><br>          Garnishee. | Cr. No. 01-00448-001<br><br>NOTICE TO DEFENDANT-<br>JUDGMENT DEBTOR ON HOW<br>TO CLAIM EXEMPTIONS |

NOTICE TO DEFENDANT-JUDGMENT
DEBTOR ON HOW TO CLAIM EXEMPTIONS

     The attached post-judgment process has been issued on request of the United States of America.

     The law provides that certain property and wages cannot be taken.  Such property is said to be exempted.  This Notice lists the major exemptions under federal law and your state law.  There is no exemption solely because you are having difficulty paying your debts.

     If you claim an exemption, you should (I) fill out the "REQUEST FOR HEARING FORM" and the "CLAIM FOR EXEMPTION FORM" and (ii) deliver or mail the form to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850 and the United States Attorney, Att.: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

     Your wages are absolutely exempt from pre-judgment garnishment, attachment, receivership or sequestration. You do

not need to file a claim for exemption to receive this exemption, but if you believe your earnings are being withheld, you may file a claim for exemption.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.