IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,          )    Cr. No. 01-00448-001
                                   )
            Plaintiff,             )    CLAIM FOR EXEMPTION FORM
                                   )
            v.                     )
                                   )
FAANATI S. FAILAUGA,               )
                                   )
                                   )
            Defendant.             )
_____)
                                   )
SSC COMMUNICATIONS, INC.,          )
                                   )
                                   )
                                   )
            Garnishee.             )
_____)


CLAIM FOR EXEMPTION FORM

MAJOR EXEMPTIONS UNDER FEDERAL LAW

     I claim that the exemption(s) from garnishment which are
checked below apply in this case:

_____     1.  Wearing apparel and school books.--Such items of
             wearing apparel and such school books as are necessary
             for the debtor or for members of his family.
             (26 U.S.C. § 6334(a)(1))

_____     2.  Fuel, provisions, furniture, and personal effects.-
             -So much of the fuel, provisions, furniture, and
             personal effects in the debtor's household, and of the
             arms for personal use, livestock, and poultry of the
             debtor, as does not exceed $6,250 in value.
             (26 U.S.C. § 6334(a)(2))

_____     3.  Books and tools of a trade, business, or
             profession.--So many of the books, and tools necessary
             for the trade, business, or profession of the debtor as
             do not exceed in the aggregate $3,125 in value.
             (26 U.S.C. § 6334(a)(3))

_____    4.   Unemployment benefits.--Any amount payable to a
debtor with respect to his unemployment (including any
portion thereof payable with respect to dependents)
under an unemployment compensation law of the United
States, of any State, or of the District of Columbia or
of the Commonwealth of Puerto Rico.
(26 U.S.C. § 6334(a)(4))

_____    5.   Undelivered mail.--Mail, addressed to a debtor,
which has not been delivered to the debtor.
(26 U.S.C. § 6334(a)(5))

_____    6.   Certain annuity and pension payments.--Annuity or
pension payments under the Railroad Retirement Act,
benefits under the Railroad Unemployment Insurance Act,
special pension payments received by a debtor whose
name has been entered on the Army, Navy, Air Force, and
Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and
annuities based on retired or retainer pay under
Chapter 73 of Title 10 of United States Code.
(26 U.S.C. § 6334(a)(6))

_____    7.   Workmen's Compensation.--Any amount payable to a
debtor with respect to compensation (including any
portion thereof payable with respect to dependents)
under a workmen's compensation law of the United
States, any State, the District of Columbia, or of the
Commonwealth of Puerto Rico.
(26 U.S.C. § 6334(a)(7))

_____    8.   Judgments for support of minor children.--If the
debtor is required by judgment of a court of competent
jurisdiction, entered prior to the date of levy, to
contribute to the support of his minor children, so
much of his salary, wages, or other income as is
necessary to comply with such judgment.
(26 U.S.C. § 6334(a)(8))

_____    9.   Certain service-connected disability payments.--Any
amount payable to a debtor as a service-connected
(within the meaning of section 101(16) of Title 38,
United States Code) disability benefit under--(A)
subchapter II, III, IV, V, or VI of Chapter 11 of such
Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37,
or 39 of such Title 38.
(26 U.S.C. § 6334(10))

_____     10.  <u>Assistance under Job Training Partnership Act</u>.
             Any amount payable to a debtor under the Job Training
             Partnership Act (29 U.S.C. § 1501 et seq.) from funds
             appropriated pursuant to such Act.
             (26 U.S.C. § 6334(12))

_____     11. <u>Minimum exemptions for wages, salary and other
             income</u>.--The exemptions under 26 U.S.C. § 6334(a)(9) do
             not apply in criminal cases.  The exceptions under the
             Consumer Credit Protection Act, 15 U.S.C. § 1673, for
             disposable earnings, automatically apply and do not
             need to be claimed.  The aggregate disposable earnings
             of an individual for any workweek which is subjected to
             garnishment may not exceed (1) 25 % of his disposable
             earnings for that week, or (2) the amount by which his
             disposable earnings for that week exceed thirty times
             the Federal minimum hourly wage in effect at the time
             the earnings are payable, whichever is less.

     The statements made in this claim of exemptions and
request for hearing are listed at fair market value of the
property designated and I declare under penalty of perjury that
they are true and correct.


_____     _____
Signature of Defendant           Defendant's printed or typed name

_____
Date