IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FAANATI S. FAILAUGA,<br><br>    Defendant,<br><br>_____<br><br>SSC COMMUNICATIONS, INC.,<br><br><br><br>    Garnishee. | Cr. No. 01-00448-001<br><br>ANSWER OF THE<br>GARNISHEE FORM |

ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of <u>Hawaii</u>.

On _____, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ___ Yes. ___ No.

2. The Debtor's pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present"

      means the pay period in which this order and notice of garnishment were served) _____. Enter the date the above pay period ends. _____

3. The amount of the Debtor's net wages are:

   (a) Gross Pay                $_____
   (b) Federal income tax      $_____
   © F.I.C.A. income tax       $_____
   (d) State income tax        $_____
   Total of tax withholdings   $_____
   Net Wages                   $_____
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?. ___ Yes. ___ No. If the answer is "yes", describe below:
_____
_____
_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

   _____
   _____
   _____
   _____
   _____

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

   _____
   _____
   _____
   _____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _____
   _____
   _____
   _____
   _____

The Garnishee delivered or mailed the **original** of this Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a **copy** of this Answer by first class mail to the Debtor, FAANATI S. FAILAUGA at 91-866 Hahanui Street, Ewa Beach, 96706-2831.

The Garnishee delivered or mailed a **copy** of this Answer by first class mail to the United States Attorney, Att: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.


_____
Garnishee