Case 1:01-cr-00448-HG   Document 52   Filed 06/12/2007   Page 1 of 1

cc: File



**SSC COMMUNICATIONS**

1001 BISHOP STREET • ASB TOWER 19TH FLOOR • HONOLULU, HI 96813-3469
TELEPHONE (808) 524-5080 • FACSIMILE (808) 544-3087 • http://www.starrtech.com

June 8, 2007

Clerk of the United States District Court
Room C-338
United States Courthouse
300 Ala Moana Blvd.
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 1 2 2007
4:40p
DISTRICT OF HAWAII

To Whom It May Concern:

This letter is in response to CR. No. 01-00448-001, Writ of Continuing Garnishment; Instructions to the Garnishee; Answer of the Guarnishee form" document our office received.

Faanati S. Failauga is no longer employed with SSC Communications, Inc. She was employed with us from January 21, 2006 through March 28, 2006.

Please let me know if you require any additional information. I can be contacted at (808) 544-3021 (direct line).

Sincerely,

Karen K. Stahl
Human Resources

Cc: Faanati S Failauga
    Edric Ching-Assistant U.S. Attorney