EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Attn:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 01-00448-001 |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| v. | ) | |
| | ) | |
| FAANATI S. FAILAUGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| ELECTRICIANS HAWAII, INC. dba | ) | |
| TEK PACIFIC, | ) | |
| | ) | |
| Garnishee. | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a criminal case entered against the Defendant-Judgment Debtor Faanati S. Failauga (hereinafter

referred to as "Debtor"), social security number XXX-XX-2733, whose last known address is: 91-866 Hahanui Street, Ewa Beach, Hawaii 96706, in the above cited action in the amount of $281,296.53.

There is a balance of $292,843.62 that is due and owing as of June 3, 2008.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before June 3, 2008 and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or his authorized agent is:

    Electricians Hawaii, Inc. dba Tek Pacific
    Attn: Lynn S. Horio, Office Manager
    96-1382 #6 Waihona Street
    Pearl City, Hawaii 96782
    Phone: (808) 454-1117

DATED: June 17, 2008, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    /s/ Edric M. Ching
By_____
    EDRIC M. CHING
    Assistant U.S. Attorneys

Attorneys for the Plaintiff