```
Your Name:   _____
Address:     _____
             _____
Phone:       _____
```

Defendant-Debtor

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 01-00448-001 |
| Plaintiff, ) | REQUEST FOR HEARING FORM |
| v. ) | |
| FAANATI S. FAILAUGA, ) | |
| Defendant. ) | |
| ELECTRICIANS HAWAII, INC. dba ) TEK PACIFIC, ) | |
| Garnishee. ) | |

### REQUEST FOR HEARING FORM

[ ]  I request that the Court hold a hearing in this matter.

[ ]  I think that the property the Government is taking is exempt.  See the attached CLAIM FOR EXEMPTION FORM.

Dated:  _____     Signature:  _____