IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 01-00448-001 |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE GARNISHEE FORM |
| | ) | |
| v. | ) | |
| | ) | |
| FAANATI S. FAILAUGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ELECTRICIANS HAWAII, INC. dba TEK PACIFIC, | ) ) | |
| | ) | |
| Garnishee. | ) | |

ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of Hawaii.

On _____, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ___ Yes. ___ No.

2. The Debtor's pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which this order and notice of garnishment were served) _____. Enter the date the above pay period ends. _____

3. The amount of the Debtor's net wages are:

    (a) Gross Pay                $_____
    (b) Federal income tax       $_____
    (c) F.I.C.A. income tax      $_____

        (d) State income tax        $_____  
        Total of tax withholdings  $_____  
        Net Wages                     $_____  
        (a less total of b,c,d)

4. Have there been previous garnishments in effect? \_\_\_ Yes. \_\_\_ No. If the answer is "yes", describe below:
_____
_____
_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:
_____
_____
_____
_____
_____

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in this action for the following reason(s):

_____
_____
_____
_____
_____

The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, Faanati S. Failauga, at 91-866 Hahanui Street, Ewa Beach, Hawaii 96706.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorneys, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Garnishee

3