IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 01-00448-001 HG |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE GARNISHEE FORM |
| | ) | |
| v. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | ) | |
| FAANATI S. FAILAUGA, | ) | JUN 23 2008 |
| | ) | |
| Defendant. | ) | at 2 o'clock and 30 min. P M. |
| | ) | SUE BEITIA, CLERK |
| | ) | |
| ELECTRICIANS HAWAII, INC. dba TEK PACIFIC, | ) | |
| | ) | |
| Garnishee. | ) | |

ANSWER OF THE GARNISHEE FORM

I, __Theodore K Takai__, state that:

I am the (State Official Title) __President__ of Garnishee, __Electricians Hawaii, Inc.__ a corporation, organized under the laws of the State of __Hawaii__.

On __June 19,__, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _X_ Yes.  ___ No.

2. The Debtor's pay period is _X_ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which this order and notice of garnishment were served) June 15, 2008 Enter the date the above pay period ends. June 21, 2008

3. The amount of the Debtor's net wages are:

    (a) Gross Pay                  $ 560.00
    (b) Federal income tax         $  45.97
    (c) F.I.C.A. income tax        $  34.72
        -Medicare income tax:      $   8.12

    (d) State income tax      $   26.63
    Total of tax withholdings      $  115.44
    Net Wages      $  444.56
    (a less total of b,c,d)

4. Have there been previous garnishments in effect? ___ Yes. _X_ No. If the answer is "yes", describe below:

_____
_____
_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. None | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due | Paymt date |
|---|---|---|
| 1. $560.00 | 6/15/08 - 6/21/08 | 6/27/2008 |
| 2. $560.00 | 6/22/08 - 6/28/08 | 7/04/2008 |
| 3. $560.00 | 6/29/08 - 7/5/08 | 7/11/2008 |
| 4. $560.00 | 7/6/08 - 7/12/08 | 7/18/2008 |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

   None
_____
_____
_____

2

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

   None

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in this action for the following reason(s):

   None

The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, Faanati S. Failauga, at 91-866 Hahanui Street, Ewa Beach, Hawaii 96706.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorneys, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 19, 2008    .

_____
Garnishee
Electricians Hawaii, Inc.
   dba: TEK Pacific
Theodore K Takai, President

# ELECTRICIANS HAWAII, INC.
## DBA TEK PACIFIC
96-1382 #6 Waihona Street, Pearl City, Hawaii 96782
Phone: (808) 456-5941 * Fax: (808) 455-6094

Faanati S. Failauga
91-1141 Laupapa Street
Ewa Beach, Hawaii 96706

June 20, 2008

Subject: Answer of the Garnishee Form
Cr. No. 01-00448-001

I, Faanati S. Failauga have received a copy of the Answer of the Garnishee Form from my employer, Electricians Hawaii, Inc. as signed and dated below.

*[signature]*
Faanati S. Failauga
June 20, 2008
(date)