EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant U.S. Attorney
Attn:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 01-00448 HG-01 |
| | ) | |
| Plaintiff, | ) | GARNISHEE ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| FAANATI S. FAILAUGA, | ) | |
| | ) | |
| Defendant. | ) | |
| ―――――――――――――――― | ) | |
| | ) | |
| ELECTRICIANS HAWAII, INC. dba | ) | |
| TEK PACIFIC, | ) | |
| | ) | |
| Garnishee. | ) | |
| ―――――――――――――――― | ) | |

GARNISHEE ORDER

        A Writ of Continuing Garnishment, directed to

Garnishee, has been duly issued and served upon the Garnishee.

Pursuant to the Writ of Continuing Garnishment, the Garnishee

filed an Answer on June 23, 2008, stating that at the time of the

service of the Writ it had in its custody, control or possession,

property in which the Defendant-Judgment Debtor has a substantial

nonexempt interest, to wit: nonexempt earnings belonging to and

due Debtor Faanati Failauga (hereinafter refered to as "Debtor").

Nonexempt earnings are defined as 25 percent of the

Debtor's disposable earnings per pay period, calculated by

deducting from gross wages the following required withholdings:

federal income taxes, social security and medicare taxes, state

income taxes, state disability insurance, and required payments

to a public employee retirement system.  However, the Debtor is

entitled to receive, free from garnishment, minimum net wages of

$154.50 per week.

On or about June 23, 2008, Debtor was served via

certified mail with the Application for Writ of Continuing

Garnishment, Writ of Continuing Garnishment, Instructions to the

Garnishee, Answer of the Garnishee Form, Clerk's Notice of Post-

Judgment Garnishment and Instructions to Defendant Judgment

Debtor, Request for Hearing Form, Notice to Defendant-Judgment

Debtor on how to Claim Exemptions, and Claim for Exemption Form

and Debtor did not request a hearing within the time allowed by

28 U.S.C. § 3202(d).

On or about June 20, 2008, Debtor received the Answer

of the Garnishee Form and Debtor did not request a hearing within

the time allowed by 28 U.S.C. § 3205(c)(5).

IT IS ORDERED that Garnishee pay the sum of 25 percent

of the Debtor's nonexempt earnings, each pay period to Plaintiff

and continue said payments until the debt to the Plaintiff is

paid in full or until the garnishee no longer has custody,

possession or control of any nonexempt earnings belonging to the

debtor or until further Order of this Court.

IT IS FURTHER ORDERED that the Garnishee make the

checks payable to the <u>CLERK, U.S. DISTRICT COURT</u> and mail the

checks to the following address:

          Clerk, U.S. District Court
          Room C-338, U.S. Courthouse
          300 Ala Moana Boulevard
          Honolulu, Hawaii 96850

          Re: FAANATI S. FAILAUGA
              01-00448-001(R)

DATED: July 31, 2008, Honolulu, Hawaii.



                              /s/ Helen Gillmor
                              Chief United States District Judge

USA vs. FAANATI S. FAILAUGA
Cr. No. 01-00448-001
"GARNISHEE ORDER"