EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant U.S. Attorney
Attn:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 01-00448 HG-01 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE OF |
| | ) | DOCUMENTS ON DEFENDANT- |
| v. | ) | JUDGMENT DEBTOR AND GARNISHEE |
| | ) | |
| FAANATI S. FAILAUGA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| ELECTRICIANS HAWAII, INC. dba | ) | |
| TEK PACIFIC, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE OF DOCUMENTS
ON DEFENDANT-JUDGMENT DEBTOR AND GARNISHEE

The United States, the Judgment Creditor herein, hereby

certifies that a copy of the Garnishee Order was sent to the last

known address of the Defendant-Judgment Debtor by first-class mail and Garnishee by certified mail.

DATED: August 1, 2008, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

By /s/ Edric M. Ching
   EDRIC M. CHING
   Assistant U.S. Attorneys

Attorneys for the Plaintiff